UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK QUINLISK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV430 ERW-NAB |
| ) | |
| CAROLYN W. COLVIN,[1] ) | |
| Commissioner of Social Security ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Nannette A. Baker [ECF No. 24] pursuant to 28 U.S.C. § 636(b).

The Court notes that no objections to the Report and Recommendation were filed within the time period afforded by § 636(b)(1).  The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate Judge's Report and Recommendation.[2]  The Social Security Commissioner's decision is reversed, and the matter is remanded to the Commissioner for further proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that under Sentence Four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Patrick Quinlisk's application

---

[1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013, and is hereby substituted for Michael J. Astrue as defendant.

[2]The Court sustains, adopts, and incorporates herein the Magistrate Judge's Report and Recommendation in its entirety, with the following change:
- The last full sentence of the first paragraph on page 1 shall read: "For the reasons set forth below, the undersigned recommends that the ALJ's decision be reversed and remanded for further consideration."

for disability insurance benefits and supplemental security income is **REVERSED**, and the case is **REMANDED** to the Commissioner for further proceedings consistent with this Memorandum and Order and the Report and Recommendation of Magistrate Judge Nannette A. Baker.

Dated this   26th   day of March, 2013.

*[signature]*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE