UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PATRICK QUINLISK, )
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　　　　　)
　　vs. ) Case No. 4:12CV430 ERW-NAB
　　　　　　　　　　　　　　　　　　　　　　　　　)
CAROLYN W. COLVIN,[1] )
Commissioner of Social Security )
　　　　Defendant. )

## **MEMORANDUM AND ORDER**

　　　　This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Nannette A. Baker [ECF No. 24] pursuant to 28 U.S.C. § 636(b).

　　　　The Court notes that no objections to the Report and Recommendation were filed within the time period afforded by § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate Judge's Report and Recommendation.[2] The Social Security Commissioner's decision is reversed, and the matter is remanded to the Commissioner for further proceedings.

　　　　Accordingly,

　　　　**IT IS HEREBY ORDERED** that under Sentence Four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Patrick Quinlisk's application

---

　　　　[1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013, and is hereby substituted for Michael J. Astrue as defendant.

　　　　[2]The Court sustains, adopts, and incorporates herein the Magistrate Judge's Report and Recommendation in its entirety, with the following change:
• 　　The last full sentence of the first paragraph on page 1 shall read: "For the reasons set forth below, the undersigned recommends that the ALJ's decision be reversed and remanded for further consideration."

for disability insurance benefits and supplemental security income is **REVERSED**, and the case is **REMANDED** to the Commissioner for further proceedings consistent with this Memorandum and Order and the Report and Recommendation of Magistrate Judge Nannette A. Baker.

Dated this __26th__ day of March, 2013.

_E. Richard Webber_
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE